**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mark Iverson, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Bronco Drilling, Inc., and | ) | |
| Petro-Hunt, L.L.C., | ) | Case no. 1:08-cv-010 |
| | ) | |
| Defendants. | ) | |

_____

On March 20, 2008, Defendant Petro-Hunt L.L.C. ("Petro-Hunt") filed a motion for a change of venue pursuant to 28 U.S.C. § 1404. It seeks reassignment this matter to the Northwestern Division of the United States District Court for the District of North Dakota. Plaintiff does not object to Petro-Hunt's motion. Accordingly, Defendant's motion (Docket No. 10) is **GRANTED**.

**IT IS SO ORDERED.**

Dated this 24th day of March, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court