# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Mark Iverson, ) | |
| ) | |
| Plaintiff, ) | **ORDER ADOPTING STIPULATION TO** |
| ) | **AMEND SCHEDULING/DISCOVERY PLAN** |
| vs. ) | |
| ) | |
| Bronco Drilling Company, Inc., and ) | |
| Petro-Hunt, L.L.C., ) | Case No.  4:08-cv-010 |
| ) | |
| Defendant. ) | |

_____

The court adopts the parties Stipulation Amend Scheduling/Discovery Plan (Docket No. 18).  The scheduling/discovery plan shall be amended as follows:

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

   a. Plaintiff shall serve disclosures by 01/01/09.

   b. Defendants shall serve disclosures by 02/15/09.

   (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.)  (Reports to be served on other parties but not filed with the court.)

5. The parties shall have until 03/20/09 to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 30th day of October, 2008.

>                   */s/  Charles S.  Miller, Jr.*
>                   Charles S.  Miller, Jr.
>                   United States Magistrate Judge