**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | |
|---|---|
| Mark Iverson, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ) | |
| Bronco Drilling Company, Inc., ) | |
| Petro-Hunt, L.L.C., RPM Consulting, Inc., ) | |
| and Kennethy McIntyre, individually and ) | |
| d/b/a McIntyre Consulting, ) | |
| ) | Case No.: 4:08-cv-010 |
| Defendants. ) | |

_____

The court shall conduct a status conference with the parties by telephone on June 3, 2009, at 9:00 a.m. The court shall initiate the conference call. At the conference the court will work with the parties in selecting a new trial date and establishing new pretrial deadlines to the extent necessary.

Dated this 20th day of May, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge